NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TALON MYKEL YOUNG,            )
                              )
          Appellant,          )
                              )
v.                            )        Case No. 2D17-2937
                              )
STATE OF FLORIDA,             )
                              )
          Appellee.           )
_____)

Opinion filed May 25, 2018.

Appeal from the Circuit Court for Pasco
County; Kimberly Campbell, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

          Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.